FILED

01/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0187

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0187

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WESLEY SMITH,

Defendant and Appellant.

FILED

JAN 19 2021

ORIGINAL

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, February 17, 2021, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

IT IS FURTHER ORDERED that oral argument shall be limited to the following issue:

> Whether § 45-5-625(4)(b), MCA, which requires supervision by the Department of Corrections and continuous satellite-based monitoring for the remainder of an offender's life after prison, even when the sentence is discharged, facially violates the Fourth, Eighth, and Fourteenth Amendments of the United States Constitution and Article II, Sections 10, 11, 22, and 28, of the Montana Constitution.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

DATED this 19 day of January, 2021.

For the Court,

By _____
Chief Justice